United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHRISTINA SZELE )<br>)<br>) | Docket Number: CR 10-00684-01 SI |

ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING

ON MOTION OF THE PROBATION OFFICER, THE HEARING SET FOR MAY 20, 2011 IS CONTINUED TO JUNE 10, 2011 AT 11:00 A.M. MS. SZELE'S DISCHARGE DATE FROM NEW BRIDGE TREATMENT FACILITY HAS BEEN EXTENDED AND THIS WILL ALLOW HER TO DISCHARGE AND ESTABLISH HER RESIDENCE PRIOR TO THE HEARING.

Date: 5/16/11

Susan Illston
United States District Judge